IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG

IN RE: TRESSIE LENEE PAYNE,            Criminal Action No.:    1:19-MC-47
                                                               1:19-CR-28-4

(JUDGE KEELEY)

**UNDER SEAL**
REPORT AND RECOMMENDATION

On November 6, 2019, Senior United States District Irene M. Keeley referred Defendant to the undersigned Magistrate Judge for Defendant's participation in the Federal Drug Court Program. [ECF No. 2].[1] On June 13, 2019, Defendant had signed the Drug Court Participant Agreement & Waiver of Confidentiality, agreeing to fully comply with all of the program requirements, court orders, and any other orders that govern the conditions of her bond or supervised release, and face sanctions and/or revocation of her bond, probation, or supervised release for committing any misconduct while participating in the program. [ECF No. 3].

On June 3, 2021, Defendant successfully completed the requirements of the Drug Court Program. The Program requires that Defendant participate in an After-Care Program. On June 3, 2021, Defendant also successfully completed the After-Care Program. Accordingly, it is **ORDERED** that Defendant continue to adhere to the Conditions of Release, previously set forth herein. [ECF No. 17, in case number 1:19-CR-28-4].

Furthermore, the undersigned **RECOMMENDS** that the District Judge consider Defendant as having successfully completed the requirements of the Drug Court Program and **RECOMMENDS** that the case be remanded to the District Court pending sentencing.

---

[1] Pursuant to the referral order, the undersigned is to submit a written report and recommendation as to the appropriate disposition of Defendant's participation in the Drug Court Program.

The Clerk is directed to transmit copies of this Report and Recommendation to counsel of record, U.S. Probation Officer Jill Henline, and the Honorable Irene M. Keeley, Senior United States District Court Judge.

It is so **ORDERED**.

Date: June 3, 2021.

MICHAEL JOHN ALOI
UNITED STATES MAGISTRATE JUDGE